UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | Criminal No. 02-121 (ADM) |
| v. | ) | **MOTION FOR RESENTENCING PURSUANT TO 18 U.S.C. § 3582(c)(2)** |
| CHARLES FRANCOIS BURNS, Defendant. | ) | |

Mr. Burns through counsel, moves this Court pursuant to 18 U.S.C. § 3582(c) for an order reducing the term of imprisonment from 145 months to a sentence of 120 months on the grounds that the retroactive amendment to the crack cocaine guideline changes the base offense level in Mr. Burns' case from 32 to 30.

The sentencing factors in this case are straightforward. Mr. Burns' original guideline range was based on a total offense level 32 and a criminal history category II, resulting in a guideline range of 135 - 168 months. The court imposed a sentence of 145 months, the middle of the range. Applying the November 1, 2007, crack cocaine guideline amendments reduces Mr. Burns' total offense level from 32 to level 30, resulting in new guideline range of 108 - 135 months. Due to the mandatory minimum of 120 months, the bottom of the range becomes 120 - 135 months.

Mr. Burns has a current BOP release date of October 14, 2013. With a sentencing reduction of 25 months he will be eligible for release from BOP custody on or about January 7, 2012. Accordingly, Mr. Burns moves the Court to issue an Order reducing his

sentence to 120 months, the mandatory minimum because Mr. Burns did no receive a 5K1.1 motion at his original sentence.

Dated: July 22, 2008

Respectfully submitted,

*s/ Caroline Durham*

CAROLINE DURHAM
Attorney ID No. 24921X
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415