UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-121(1)(ADM/SRN)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES FRANCOIS BURNS,<br><br>Defendant. | ) | GOVERNMENT'S MEMORANDUM IN RESPONSE TO DEFENDANT'S MOTION FOR REDUCTION OF SENTENCE AND MOTION FOR RESENTENCING PURSUANT TO 18 U.S.C. § 3582 |

The United States of America, by and through its attorneys, Frank J. Magill, Jr., United States Attorney for the District of Minnesota, and Joseph T. Dixon, Assistant United States Attorney, hereby submits this memorandum in response to defendant Charles Francois Burns Motion for Reduction of Sentence and his Motion for Resentencing filed through counsel. The defendant is eligible for a reduced sentence. The government does not oppose a reduction of defendant's sentence to 120 months.

The defendant pleaded guilty on February 18, 2003. His applicable guideline range was 135 - 168 months.

The defendant was sentenced on March 25, 2003 to 145 months.

On July 22, 2008, the defendant filed a motion for resentencing pursuant to 18 U.S.C. § 3582(c)(2). His motion is based on Amendments 706 and 711, which modified the crack cocaine guidelines under which defendant was sentenced. He correctly argues he is eligible for a reduced sentence within an amended guideline range of 120 to 135 months.

The government does not oppose a sentence of 120 months.

Respectfully submitted,

Dated: August 21, 2008

FRANK J. MAGILL, JR.
United States Attorney

Tracy Perzel

for ~~BY~~: JOSEPH T. DIXON, III
Assistant U.S. Attorney
Attorney ID No. 0283903