# CERTIFICATE OF SERVICE

UNITED STATES OF AMERICA,

Plaintiff,

v. Case Number: 02cr121(1)(ADM/SRN)

CHARLES FRANCOIS BURNS,

Defendant(s).

I hereby certify that on August 21, 2008, I served, or caused to be served, the following documents:

Government's Memorandum in Response to Defendant's Motion for Reduction of Sentence and Motion for Resentencing Pursuant to 18 U.S.C. S 3582

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF, which constitutes service on the following ECF participants, pursuant to the ECF Procedures for the District of Minnesota:

Andrew Mohring
Email: andrew_mohring@fd.org

FRANK J. MAGILL, JR.
United States Attorney

s/ Kim Anderson

BY: KIM ANDERSON
Legal Assistant