UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-121 ADM/SRN

UNITED STATES OF AMERICA,

Plaintiff,

v.

CHARLES FRANCOIS BURNS,

Defendant.

**ORDER**

Defendant, Charles Francois Burns, has moved, pursuant to 18 U.S.C. § 3582(c), for a sentencing reduction under the revised and retroactive amendments to the United States Sentencing Guidelines applicable to crack cocaine cases. It is hereby ORDERED that Mr. Burns' motion is granted. His sentence is amended to a term of 120 months.

Date: August 22, 2008

s/Ann D. Montgomery

Judge Ann D. Montgomery
United States District Court
District of Minnesota